TIANA S. BAHERI (State Bar No. 330835)
Tia.Baheri@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Motion Picture Association, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to CLOUDFLARE, INC. | Case Number: 2:23-mc-00095 |
| | **DECLARATION OF JAN VAN VOORN IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

I, Jan van Voorn, the undersigned, declare that:

     1.    I am Executive Vice President and Chief of Global Content Protection for the Motion Picture Association, Inc. ("MPA").  I submit this declaration on behalf of Disney Enterprises, Inc., Netflix Worldwide Entertainment, LLC, Paramount Pictures Corp., Universal City Studios Productions LLLP, Viacom International Inc., SPE Visual Works Inc., and Warner Bros. Entertainment, Inc. ("ACE Members"), each of which is a member of the Alliance for Creativity and Entertainment ("ACE").  ACE is a global coalition of leading content creators and

1   on-demand entertainment services committed to supporting the legal marketplace

2   for video content and addressing the challenge of online piracy.  The ACE

3   Members, whether themselves or through subsidiaries and affiliates, own the

4   copyrights in the below referenced copyrighted works.

5       2.     The ACE Members (via the Motion Picture Association, Inc.) are

6   requesting issuance of the attached proposed subpoena that would order Cloudflare,

7   Inc. to disclose the identities, including names, physical addresses, IP addresses,

8   telephone numbers, e-mail addresses, payment information, account updates and

9   account histories of the users operating the following websites:

| No | Domain | Infringed Title 1 | Infringing URL 1 | Infringed Title 2 | Infringing URL 2 |
|---|---|---|---|---|---|
| 1 | animedao.to | The Legend of Korra S01E01 | animedao.to/watch/3093320099/ | Yasuke S01E01 | animedao.to/watch/3093363357/ |
| 2 | animet.site | Tokyo Pig S01E02 | animet.site/anime/watch/2280/zoro/tokyo-pig-6066-episode-94166 | Legend of Mana - The Teardrop Crystal S01E01 | animet.site/anime/watch/136150/gogo/seiken-densetsu-legend-of-mana-the-teardrop-crystal-episode-1 |
| 3 | animekaizoku.com | Yasuke S01E01 | animekaizoku.com/yasuke-43697/ | Miyazaki's Spirited Away | animekaizoku.com/spirited-away-199/ |
| 4 | baixarseriesmp4.eu | Elvis | baixarseriesmp4.eu/baixar-elvis-2022-mp4-dublado-e-legendado-Mr4E/ | Encanto | baixarseriesmp4.eu/baixar-encanto-2021-mp4-dublado-e-legendado-jcc3/ |
| 5 | 2now.tv | Encanto | 2now.tv/movie/encanto#watch-video | Sonic the Hedgehog 2 | 2now.tv/movie/sonic-the-hedgehog-2#watch-video |

DECLARATION OF JAN VAN VOORN IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)

| 6 | verseries-de.online | Top Gun: Maverick | verseries-de.online/Pelicula/top-gun-maverick-online-completa-en-espanol-latino/ | Minions 2: The Rise of Gru | verseries-de.online/Pelicula/minions-nace-un-villano/ |
|---|---|---|---|---|---|
| 7 | nu6i-bg-net.com | Minions 2: The Rise of Gru | nu6i-bg-net.com/%d0%bc%d0%b8%d0%bd%d1%8c%d0%be%d0%bd%d0%b8%d1%82%d0%b5-2-2022-bg-%d0%be%d0%d0%bb%d0%b0%d0%b9%d0%bd-%d1%84%d0%b8%d0%bb%d0%bc%d0%b8_b4ad488d2.html | Tom and Jerry | nu6i-bg-net.com/tom-and-jerry-the-movie-%d1%82%d0%be%d0%bc-%d0%b8-%d0%b4%d0%b6%d0%b5%d1%80%d0%b8-%d1%84%d0%b8%d0%bb%d0%bc%d1%8a%d1%82-2021-%d0%be%d0%bd%d0%bb%d0%b0%d0%b9%d0%bd-%d1%84%d0%b8%d0%bb%d0%bc%d0%b8_b0d4c6e80.html |
| 8 | online-filmek.me | Encanto | https://online-filmek.me/film/31720-encanto | Top Gun: Maverick | https://online-filmek.me/film/33046-top-gun-maverick |
| 9 | mozinet.me | Encanto | https://mozinet.me/g1/MzE3MjA= | Top Gun: Maverick | https://mozinet.me/g1/MzMwNDY= |
| 10 | filmvilag.me | Encanto | filmvilag.me/get/film/2670651 | Top Gun: Maverick | filmvilag.me/get/film/2961792 |

3.    The purpose for which this subpoena is sought is to obtain the identities of the individuals assigned to these websites who have exploited ACE Members' exclusive rights in their copyrighted motion pictures without their authorization.

-3-

1   This information will only be used for the purposes of protecting the rights granted

2   to ACE Members, the motion picture copyright owners, under Title II of the Digital

3   Millennium Copyright Act.

4

5          I declare under penalty of perjury under the laws of the United States of

6   America that the foregoing is true and correct to the best of my knowledge,

7   information or belief.

8          Executed at Redondo Beach, California, on July 5, 2023.

9

10

11   _____

12                              Jan van Voorn

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28